

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**John E. Covington**
Plaintiff

V

**National University**

**Dr. Michael Cunningham,**

**Johnny Lopez**

**Ashlie MacDonald Greene**
Defendant

CASE NO:

RECEIVED

NOV 1 9 2015
Nov 19 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:15-cv-10452
Judge John Robert Blakey
Magistrate Judge Daniel G. Martin

## COMPLAINT

**Now Comes**, John E. Covington as the plaintiff to enter in pro-se his 42 USC 1983 complaint of Federal violations of the plaintiff' Civil Rights in Title VI of the Civil Rights Act of 1964, equal protection of the laws under the Fourteenth Amendment and 42 U.S.C.S. § 2000d, and states as follows:

### Nature of the Action

1. This is an 42 U.S.C. §§ 1983 action brought for violations of plaintiff's rights to equal protection of the laws under the Fourteenth Amendment to the United States Constitution, and for Age and racial discrimination in violation of Age Discrimination Act of 1975, along with Title VI of the Civil Rights Act of 1964, 34 CFR 100.3 and 2000d et seq.

2. Plaintiff seeks injunction relief and compensatory and punitive damages in the amount of one million U.S dollars $1,000,000.

1

## Jurisdiction and Venue

3. This Court has jurisdiction of the action under 28 U.S.C. §§ 1331, 1332 and 1343. This action arises under the Fourteenth Amendment to the United States Constitution, and under federal laws, 42 U.S.C. §§ 1983, 42 U.S.C. 6102. and 2000d et seq.

4. Venue in this Court is proper under 28 U.S.C. § 1391(b) (2) and the defendants are licensed to do business in Illinois. This court also has personal jurisdiction over the defendants sued in their official and personal capacities in this matter because they are all state actors and the events giving rise to this claim occurred in this district.

## Plaintiff

5. John E. Covington is, a 52 year old African American male with an MBA that at all times relevant to this litigation was, a resident of the State of Illinois.

## Defendants

6. National University is a Non-profit university located in La Jolla, California that offers online Graduate Degrees in the United States.

7. Dr. Michael Cunningham was school president of National University during the period in which the plaintiff's financial aid appeal was under consideration. He was one of the administrators responsible for determining the decision for denying the plaintiff his benefits and allowed continuing discrimination procedures used by the university.

8. Johnny Lopez at all times relevant to this litigation was the financial aid help desk manager of National University. He was one of the administrators responsible for determining the university's decision to deny the plaintiff's his financial aid benefit.

9. Ashlie MacDonald Greene at all times relevant to this litigation was the Assistant Director of Financial Aid at National University. She was one of the administrators responsible for determining the university's decision to deny the plaintiff's his financial aid.

## FACTS

10. That on or about March 31, 2014 the plaintiff's completed his form for federal student aid with his Expected Family Contribution (EFC) = 000000. The EFC is a measure of how much you can contribute to the cost of your education. Schools use your EFC to determine your federal student aid eligibility.

11. That because of the low EFC the plaintiff has no other means to support his self while attending school therefore; impending irreparable harm will result if the plaintiff's financial is not reinstated. The plaintiff Age is listed on the federal student report too.

12. National University is a Non-profit university located in La Jolla, California that offers' an online Master in Public Health Graduate Degree in the United States which also receives federal funds through its financial aid department.

13. That on or about December 10, 2014 the plaintiff was accepted into the Masters in Public Health program at National University as a full time MPH student.

14. That on or about January 15, 2015 the plaintiff was awarded and disbursed the amount of $14,767 in financial aid as a full time MPH student at National University in accordance with 42 CFR 57.209 § 57.209 Payment of health professions student loans.

15. That on or about April 17, 2015 the plaintiff identified himself to Financial Aid manager Johnny Lopez, as an African American.

16. That on or about April 27,, 2015 the plaintiff identified himself to Johnny Lopez and withdrew from two of his program classes. Thereafter, that Johnny Lopez told the plaintiff that (**You kind of people are not wanted at this school!**)

17. That on or about April 29, 2015 the defendants intentionally interfered with the plaintiff benefit granted in accordance with 42 CFR 57.209§ 57.209 by denying $3369.00 in tuition of the plaintiff's financial aid to discriminate against him and keep him out of any school because he is black and 52 years old.

18. That on or about April 29, 2015 after the plaintiff withdrew from other classes the defendants applied for 12 new loan disclosure statements to further discriminate against the plaintiff even though he did not apply for any new loans.

19. That on or about November 4, 2015 all of the defendants had known about the decision to deny the plaintiff his financial aid benefits in accordance with 42 CFR 57.209

20. That all of the defendants asserted a deliberate indifference and acted in concert and collusion with one another under color of state law to: (1) prevent the plaintiff from attending National University and "(2)accessing certain Federal entitlements;" (3) depriving him of his Civil Rights secured under the Fourteenth Amendment. Along with food and housing based upon his 0 EFC total.

21 As a result of defendants' intentionally racially discriminatory procedures and practices, the plaintiff's financial aid benefit was denied and his request for further financial aid ceased.

22. Plaintiff has suffered humiliation, emotional distress, and pain and suffering as a consequence of his federal funded financial aid benefit being denied without just cause.

23. Plaintiff also has suffered from humiliation, emotional distress, and pain and suffering upon learning that defendants had discriminated against him on because of his race.

24. As a result of the defendants' discrimination the plaintiff has been forced out of school, resulting in loss of higher educational and future earnings as a consultant specializing in the Health Care field.

## 42 USC 1983 CLAIM

### Count 1

25. Plaintiffs repeat and re-allege the allegations and averments of paragraphs 1-24 as if fully set forth herein.

25. The individual defendants acted under color of law to deny plaintiff equal protection of the laws, and to discriminate on the basis of race, in violation of 42 U.S.C. §§ 1983. By denying the plaintiff his federal benefit and intentionally interfering with the plaintiff's financial aid by denying $3369.00 in tuition to discriminate against him and keep him out of any school.

### Plaintiff's Fourteenth Amendment and Equal protection claim

### Count 2

26. Plaintiffs repeat and re-allege the allegations and averments of paragraphs 1-24 as if fully set forth herein.

27. That the plaintiff is otherwise similarly situated to members of the unprotected class. And that the plaintiff has suffered from adverse actions because he can't continue with his education because the defendants returned benefit.

28. That the defendant acted with discriminatory intent by denying federal financial aid benefits without due process or reason.

6

## Age Discrimination Act of 1975

### Count 3

29. Plaintiffs repeat and re-allege the allegations and averments of paragraphs 1-24 as if fully set forth herein.

30. That he was qualified for and applied then received financial aid in accordance with 42 CFR 57.209 § from 01/07/2015 until 07/01/2015.

31. That despite his qualifications, he was denied his federal benefit as other younger students received their financial aid without interruption.

## RELIEF

WHEREFORE: because the defendants have willing fully and with wanton violated the laws of these United States the plaintiff demands judgment as follows:

A. Awarding his compensatory and punitive damages in the amount of one million dollars $1,000,000.
B. Reinstate the plaintiff's financial aid award as it was on 01/07/2015.

C. Declaring that defendants violated her rights to nondiscriminatory treatment under the Fourteenth Amendment and 42 U.S.C. §§ 1983, and 2000d et seq. Age discrimination Act of 1975.
D. Stop discriminating against other protected groups.

John E. Covington

_____

## Certificate of Service

I, John Covington swore that on 11/19/15 he placed a copy of a 42 USC 1983 Complaint to the parties listed at the address below.

National University
11255 North Torrey Pines Road
La Jolla, CA 9203

Dr. Michael Cunningham
11255 North Torrey Pines Road
La Jolla, CA 9203

Johnny Lopez
11255 North Torrey Pines Road
La Jolla, CA 9203

Ashlie MacDonald Greene
11255 North Torrey Pines Road
La Jolla, CA 9203

John E. Covington